PHILLIP A. TALBERT
United States Attorney
ROSS PEARSON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**
Apr 04, 2023
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> FELIPE GIEZI CASTANEDA-JAUREGUI, <br><br> Defendant. | CASE NO. 2:23-MJ-00018-AC <br><br> **ORDER** |

Hereby, and for good cause, the United States' motion to unseal the complaint in the above referenced case, 2:23-MJ-00018, against Felipe Giezi Castaneda-Jauregui, IS GRANTED.

Dated:  April 4, 2023

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE